United States District Court

Eastern District of Louisiana

Brondum

v.  CIVIL ACTION NO. 2:00-cv-00120
                                                            T(4)
Eckerd Corporation


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 14, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 12 P 3: 34

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANNON M. BRONDUM | * | CIVIL ACTION **00-0120** |
| Plaintiff, | * | |
| | * | NO. _____ **SECT. T MAG. 4** |
| versus | * | |
| | * | SECTION " " |
| ECKERD CORPORATION | * | |
| | * | MAGISTRATE ( ) |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant Eckerd Corporation, through undersigned counsel, hereby gives notice of the removal of the civil action entitled, "Shannon M. Brondum v. Eckerd Corporation," No 545-908 in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, on the following grounds:

1.

The Petition in the aforementioned civil action was filed on October 28, 1999, in the Twenty-Fourth Judicial District Court, Parish of Jefferson, State of Louisiana (a copy of Plaintiff's original Petition, along with the Citation, is attached as Exhibit 1) and the Petition was served on or about

Fee $150.00
Process____
X Dktd ____
CtRmDep____
Doc.No.____

December 28, 1999  The Twenty-Fourth Judicial District Court is within the Eastern District of Louisiana.

3.

2.

This action is one of a civil nature for damages, including general damages, and attorney's fees and costs, and any additional relief as the Court may deem proper, resulting from Plaintiff's alleged wrongful termination from her employment with Defendant Eckerd Corporation. Plaintiff asserts that she was wrongfully discharged on the basis of her gender, female, and the fact that she was pregnant, seeking general and special damages in the form of mental anguish, emotional distress, incurred medical bills (past and future) and lost wages (past and future). In light of Plaintiff's demand, a good faith reading of the Petition reveals that the damages sought exceed $75,000, exclusive of interest and costs, and, therefore, Defendant in good faith submits that this satisfies the amount in controversy requirement for removal under diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a)(1).

3.

The parties to this suit are diverse in citizenship. The Petition alleges that Plaintiff is a resident of Jefferson Parish, Louisiana. Eckerd Corporation is a Delaware corporation, with its principal place of business in Clearwater, Florida.

4.

Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

5.

Pursuant to 28 U.S.C. § 1446, this Notice of Removal, together with all process, pleadings, and orders, as Exhibit 1, complies with the requirements of 28 U.S.C. § 1446(a), a short and plain statement of the grounds for removal and with 28 U.S.C. § 1447(b), the filing of all documents from the state court action. Pursuant to 28 U.S.C § 1446(d), a copy of this Notice of Removal has been filed in the Twenty-Fourth Judicial District Court and has been served upon Plaintiff.

WHEREFORE, Defendant Eckerd Corporation gives notice that this action now pending in the Twenty-Fourth Judicial District Court is hereby removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

_____
CHARLES H. HOLLIS (Bar Roll #06961)
VIRGINIA C. HONEYMAN (Bar Roll #26565)
The Kullman Firm
A Professional Law Corporation
1600 Energy Centre, 1100 Poydras Street
Post Office Box 60118
New Orleans, Louisiana  70160
Telephone: (504) 524-4162

COUNSEL FOR DEFENDANT
ECKERD CORPORATION