

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 14  P 1: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | * |
| | * CIVIL ACTION |
| Plaintiff, | * |
| | * NO. 00-0120 |
| versus | * |
| | * SECTION "T" |
| ECKERD CORPORATION | * |
| | * MAGISTRATE (4) |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW INTO COURT, through undersigned counsel, comes Defendant, Eckerd Corporation, and upon suggesting to this Honorable court that it has been served with a copy of the Petition for Damages, which was removed to this Court on January 12, 2000, and upon certifying that there has been no previous extension of time to plead and that Plaintiff, Shannon M. Brondum, has not filed into the record an objection to an extension of time, respectfully moves the Court for an extension

DATE OF ENTRY  JAN 1 9 2000



extension of 20 days within which to answer or otherwise plead, until February 7, 2000, pursuant to Local Rule 7.9E.

                                      Respectfully submitted,

                                      */s/ Charles H. Hollis*
                                      CHARLES H. HOLLIS (Bar Roll #06961)
                                      VIRGINIA C. HONEYMAN (Bar Roll #26565)
                                      The Kullman Firm
                                      A Professional Law Corporation
                                      1600 Energy Centre, 1100 Poydras Street
                                      Post Office Box 60118
                                      New Orleans, Louisiana   70160
                                      Telephone:  (504) 524-4162

                                      COUNSEL FOR DEFENDANT
                                      ECKERD CORPORATION

## CERTIFICATE OF SERVICE

       I hereby certify that I have on this 14th day of January, 2000, served a copy of the above and foregoing Motion for Extension of upon all counsel of record by hand delivery, postage prepaid, addressed as follows.

                                      Joseph E. Dugas, III, Esq.
                                        210 Baronne Street, Suite 908
                                        New Orleans, LA  70112

                                        */s/ Charles H. Hollis*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | * |
| | * CIVIL ACTION |
| Plaintiff, | * |
| | * NO. 00-0120 |
| versus | * |
| | * SECTION "T" |
| ECKERD CORPORATION | * |
| | * MAGISTRATE (4) |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

IT IS ORDERED that Defendant Eckerd Corporation be granted an extension of 20 days, until February 7, 2000, within which to answer or otherwise plead.

New Orleans, Louisiana, this ___ day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE