

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | * |
| | * CIVIL ACTION |
| Plaintiff, | * |
| | * NO. 00-0120 |
| versus | * |
| | * SECTION "T" |
| ECKERD CORPORATION | * |
| | * MAGISTRATE (4) |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNCONTESTED MOTION FOR LEAVE TO FILE
### AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Defendant, Eckerd Corporation, and respectfully moves the Court for permission to file an Amended Answer to Plaintiff's Complaint. Undersigned counsel has contacted counsel for Plaintiff and he has no opposition to the granting of this Motion

FEB 2 4 2000

DATE OF ENTRY_____

Respectfully submitted,

_____
CHARLES H. HOLLIS (Bar Roll #06961)
VIRGINIA C. HONEYMAN (Bar Roll #26565)
The Kullman Firm
Post Office Box 60118
New Orleans, Louisiana  70160
Telephone: (504) 524-4162

COUNSEL FOR DEFENDANT
ECKERD CORPORATION



## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___18__ day of February, 2000, served a copy of the above and foregoing Motion for Leave to File Amended Answer to Plaintiff's Complaint upon all counsel of record by placing same in the United States mail, postage prepaid, addressed as follows:

>Joseph E. Dugas, III, Esq.
>210 Baronne Street, Suite 908
>New Orleans, LA 70112

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | * |
| | * CIVIL ACTION |
| Plaintiff, | * |
| | * NO. 00-0120 |
| versus | * |
| | * SECTION "T" |
| ECKERD CORPORATION | * |
| | * MAGISTRATE (4) |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Uncontested Motion for Leave to File First an Amended Answer to Plaintiff's Complaint;

IT IS ORDERED that Defendant, Eckerd Corporation, is granted permission to file its Amended Answer to Plaintiff's Complaint.

New Orleans, Louisiana, this 23rd day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE