

MINUTE ENTRY
ROBY, M.J.
July 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | CIVIL ACTION |
| VERSUS | NO: 00-0120 |
| ECKERD CORPORATION | SECTION: "T" (4) |

**IT IS ORDERED** that the defendant's's **Request for Oral Argument (doc. #13)** on its **Motion to Compel Discovery (doc# 12)** is hereby **GRANTED**.

The motion currently set for hearing on July 26, 2000 is hereby reset and will be heard by **oral argument on August 2, 2000, at 11:00 a.m.** in the undersigned United States Magistrate Judge's courtroom located at 501 Magazine Street, Room B-431, New Orleans, LA.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 1 2 2000

X CtRmDep
Doc.No.