FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -3  AM 9: 24

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**August 2, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON BRONDUM** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0120** |
| **ECKERD CORP.** | **SECTION: "T" (4)** |

On July 6, 2000, the defendant, Eckerd Corporation ("defendant") filed a **Motion to Compel (doc. # 12)** against the plaintiff. The defendant's motion was heard with oral argument on August 2, 2000. All parties were present.

The defendant's motion seeks an order from the Court, compelling the plaintiff to respond to the defendant's Interrogatories and Requests for Production of Documents, propounded to the plaintiff on March 2, 2000. The defendant further seeks an award of reasonable attorney's fees incurred in filing the instant motion.

The plaintiff, on the other hand, contends that the defendant's motion should be denied as being moot, because the plaintiff responded in full on July 11, 2000. Further, the plaintiff contends that an award of attorney's fees is not warranted under the circumstances, because while the plaintiff's responses were untimely, the case was not delayed, nor was the defendant





prejudiced in any manner.

The defendant responds that the plaintiff only answered the discovery requests after counsel for defendant sent three letters requesting the plaintiff's responses, repeatedly corresponded by telephone, and was ultimately forced to file the instant motion. Thus, the defendant maintains that it was in fact harmed by the plaintiff's conduct, in that it was forced to incur unnecessary legal expenses.

Based upon the pleadings, the law, and arguments of counsel, the Court denied the defendant's request for an order compelling the plaintiff to respond to the discovery requests, as being moot. The Court, however, granted the defendant's request for an award of reasonable attorney's fees under Rule 37 of the Federal Rules of Civil Procedure. The record indicates that the plaintiff did not object to the defendant's discovery requests, nor did she provide any justification or reason for her untimely responses. As such, the Court found that the plaintiff was not substantially justified in failing to respond. *See* Fed. R. Civ. Proc. 37(a)(4)(A)(court shall award reasonable attorney's fees, unless the court finds that the opposing party's failure to respond was substantially justified).

Accordingly,

**IT IS THEREFORE ORDERED** that the defendant's **Motion To Compel (doc. #12)** is hereby **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the defendant's request for an order compelling the plaintiff to respond to its Interrogatories and Requests for Production of Documents is hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the defendant's request for an award of reasonable attorney's fees under Rule 37 of the Federal Rules of Civil Procedure is hereby **GRANTED**. Counsel for the defendant shall submit to the Court, **on or before August 4, 2000**, their contemporaneous time sheets, in compliance with Local Rule 54.2, in order for the Court to determine the amount of reasonable attorney's fees incurred.

                                                            KAREN WELLS ROBY
                                        UNITED STATES MAGISTRATE JUDGE