

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 11  PM 3: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | * |
| | * CIVIL ACTION |
| Plaintiff, | * |
| | * NO. 00-0120 |
| versus | * |
| | * SECTION "T" |
| ECKERD CORPORATION | * |
| | * MAGISTRATE (4) |
| Defendant. | * |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Eckerd Corporation ("Eckerd"), through undersigned counsel, appears and upon suggesting to this Honorable Court that certain statements made and arguments raised by the Plaintiff in her Opposition to Defendant's Motion for Summary Judgment require clarification for the proper disposition of Defendant's Motion for Summary Judgment, respectfully moves this Court for permission to reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is attached hereto



DATE OF ENTRY
SEP 1 3 2000



Process_____
X Dktd_____
___CtRmDep_____
Doc.No._21_

Respectfully submitted this the __11th__ day of September, 2000,

*/s/ Charles H. Hollis*

CHARLES H. HOLLIS (Bar Roll #06961)
VIRGINIA C. HONEYMAN (Bar Roll #26565)
The Kullman Firm
A Professional Law Corporation
1600 Energy Centre, 1100 Poydras Street
Post Office Box 60118
New Orleans, Louisiana 70160
Telephone: (504) 524-4162

COUNSEL FOR DEFENDANT
ECKERD CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _11th_ day of September, 2000, served a copy of the above and foregoing Motion for Leave to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment upon all counsel of record by hand addressed as follows:

>Joseph E. Dugas, III, Esq.
>210 Baronne Street, Suite 908
>New Orleans, LA 70112

*/s/ Charlotte A. Wollet/*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | * |
| | * CIVIL ACTION |
| Plaintiff, | * |
| | * NO. 00-0120 |
| versus | * |
| | * SECTION "T" |
| ECKERD CORPORATION | * |
| | * MAGISTRATE (4) |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion for Leave to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment,

IT IS ORDERED that Defendant Eckerd Corporation be permitted to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment on or before September 13, 2000.

New Orleans, Louisiana, this ___ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE