

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON M. BRONDUM | CIVIL ACTION |
| VERSUS | NO. 00-0120 |
| ECKERD CORPORATION | SECTION "T"(4) |

### FINAL JUDGMENT

The Court has granted the Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, filed on behalf of the Defendant, Eckerd Corporation.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment be rendered in favor of the Defendant, Eckerd Corporation, and against the Plaintiff, Shannon M. Brondum.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claim of the Plaintiff, Shannon M. Brondum, for relief is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____ day of October, 2000.

DATE OF ENTRY
OCT 5  2000

G. Thomas Porteous, Jr.
United States District Judge