**MINUTE ENTRY
ROBY, M.J.
October 30, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON M. BRONDUM** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0120** |
| **ECKERD CORPORATION** | **SECTION: "T" (4)** |

The Settlement Conference **(doc. #10)** scheduled for October 31, 2000, is canceled due to the District Judge's Order granting the defendant's Motion for Summary Judgment **(doc. #24)** dismissing the claim of the plaintiff with prejudice.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 3 1 2000

