

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 12 PM 2:29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

SHANNON M. BRONDUM

Civil Action:00-120

Versus

Section:T
Magistrate:4

ECKERD CORPORATION

### BILL OF COSTS

Costs are hereby taxed against plaintiff, SHANNON M. BRONDUM, and in favor of the defendant, ECKERD CORPORATION, in the amount of $ 487.00 and included in the judgment.

New Orleans, Louisiana this 12th day of December, 2000.

DATE OF ENTRY
DEC 13 2000

_Loretta G. Whyte_
LORETTA G. WHYTE
CLERK OF COURT